UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT Z. WHIPPLE, III, | ) |
|     *Plaintiff*, | ) Case No. 3:22-cv-317 |
| v. | ) Judge Travis R. McDonough |
| LATOYIA CARPENTER, WESLEY LEATHAM, J. DOUGLAS OVERBEE, FRANCIS M. HAMILTON, DAVID JOLLEY, LAUREL COUNTY, KY, JAMIE MOSLEY, CAPT. DAVIS, LT. CATHERS, SGT. ABNER, SGT. TREVILLION, SGT. ARNETT, CO ARTHUR, CO KILLBURN, and CO POWELL, | ) Magistrate Judge Debra C. Poplin |
|     *Defendants*. | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of this memorandum and opinion and this order to the custodian of inmate accounts at the Laurel County Jail and the Court's financial deputy; and

5. The Clerk is **DIRECTED** to transfer this action to the United States District Court for the Eastern District of Kentucky and to close this Court's file.

                                                */s/ Travis R. McDonough*
                                                **TRAVIS R. MCDONOUGH**
                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT